No. 94–8398. IN RE ROGERS. Petition for writ of prohibition denied.

No. 94–1164. C. E. ET AL. *v.* ILLINOIS DEPARTMENT OF MENTAL HEALTH AND DEVELOPMENTAL DISABILITIES. Sup. Ct. Ill. Certiorari denied.

No. 94–1191. WESTERN PALM BEACH COUNTY FARM BUREAU, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1254. RANDALL *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1330. ERICKSON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 94–1354. COLE *v.* DEPARTMENT OF AGRICULTURE ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1357. PIERCE *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1359. CLEMENTS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1378. JOHNSON CONTROLS, INC., SYSTEMS & SERVICES DIVISION, ET AL. *v.* UNITED ASSOCIATION OF JOURNEYMEN & APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1380. AJ & AJ SERVICING, INC., ET AL. *v.* TUDOR ASSOCIATES, LTD., II, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1401. NAKAMURA ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–1404. ATTAR ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.